UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TAMIE HOLLINS, individually and on behalf  :
of all others similarly situated,  :
                Plaintiff,  :  **ORDER**
v.  :
                      :  22 CV 4015 (VB)
PAPARAZZI, LLC,  :
                Defendant.  :
-----------------------------------------------------------x

      Defendant moves to transfer this case to the U.S. District Court for the District of Utah, pursuant to 28 U.S.C. § 1404(a).  (Doc. #16).

      Plaintiff does not oppose the motion.  (Doc. #24).

      Accordingly, defendant's motion to transfer is GRANTED.

      The Clerk is instructed to terminate the motion (Doc. #16) and to transfer this action to the U. S. District Court for the District of Utah.

Dated: August 23, 2022
       White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/22